

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00036-CV

## IN RE DANNY WAYNE ALCOSER

## ORIGINAL PROCEEDING

### From the 74th District Court
### McLennan County, Texas
### Trial Court No. 2016-776-3

## MEMORANDUM OPINION

Relator's petition for writ of mandamus filed on March 1, 2021 is denied.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Neill , and
     Justice Johnson
Petition denied
Opinion delivered and filed March 10, 2021
[OT06]

